| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hall, Sarah A. | 2. Court or Organization<br><br>Bankruptcy Court - Western District of OK | 3. Date of Report<br><br>09/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>215 Dean A. McGee, 9th Floor<br>Oklahoma City, OK 73102 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VII, lines 19-141) |
| 2. | Director` | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | Director | The Historical Society for the United States District Court for the Western District of Oklahoma |
| 5. | Member | Board of Visitors, University of Oklahoma Honors College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | spouse (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. 2016 | National Cooperative Refinery Association - royalty |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Oklahoma Dream 529 Plan - Child #2 | | | | | | | | | |
| 4. - Pimco Total Return C | | None | J | T | Distributed (part) | 06/14/16 | J | | |
| 5. | | | J | T | Distributed (part) | 12/01/16 | J | | |
| 6. - Pimco Real Return C | | None | J | T | Distributed (part) | 06/14/16 | J | | |
| 7. | | | J | T | Distributed (part) | 12/01/16 | J | | |
| 8. - TIAA-CREF Scap Bld Index C | | None | J | T | Distributed (part) | 06/14/16 | J | | |
| 9. | | | J | T | Distributed (part) | 12/01/16 | J | | |
| 10. Massachusetts Mutual Limited Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 11. Massachusetts Mutual Variable Life Select Policy | | | | | | | | | |
| 12. - The Oppenheimer Capital Appreciation Fund | | None | J | T | | | | | |
| 13. - The Oppenheimer Small & Mid Cap Growth Fund | | None | J | T | | | | | |
| 14. Massachusetts Mutual Whole Life Policy | A | Dividend | L | T | | | | | |
| 15. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy | A | Dividend | J | T | | | | | |
| 16. Massachusetts Mutual Ltd Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 17. Massachusetts Mutual Whole Life Policy | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Massachusetts Mutual Ltd Pay Whole Life @65 Policy | A | Dividend | J | T | | | | | |
| 19. TRUST #1 | | | | | | | | | |
| 20. - MidFirst Bank Account | A | Interest | J | T | | | | | |
| 21. - Cash & CitiBank NA So. Dakota Bank Deposit Prog- now Morgan Stanley | A | Interest | J | T | | | | | |
| 22. - Franklin Income Adv. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 23. | | | | | Buy | 03/15/16 | J | | |
| 24. | | | | | Sold (part) | 03/31/16 | J | | |
| 25. | | | | | Sold (part) | 06/30/16 | J | | |
| 26. - Altria Group, Inc. | A | Dividend | | | Sold | 01/11/16 | J | B | |
| 27. - Annaly Capital Mngmt Inc. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 28. - Astrazeneca PLC ADS | | None | | | Sold | 01/11/16 | J | A | |
| 29. - AT&T | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 30. | | | | | Sold (part) | 03/31/16 | J | A | |
| 31. | | | | | Sold (part) | 06/30/16 | J | A | |
| 32. - BCE Inc. (New) | A | Dividend | | | Sold | 01/11/16 | J | | |
| 33. - Centurylink Inc. | | None | | | Sold | 01/11/16 | J | | |
| 34. - Eaton Vance Tax Mgd Div Equ Fd | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 03/15/16 | J | | |
| 36. | | | | | Sold (part) | 03/31/16 | J | A | |
| 37. | | | | | Sold (part) | 06/30/16 | J | | |
| 38. - LTC Properties Inc. | | None | | | Sold | 01/11/16 | J | A | |
| 39. - National Retail Properties I | | None | | | Sold | 01/11/16 | J | A | |
| 40. - Omega Healthcare Inv Inc. | A | Dividend | | | Sold | 01/11/16 | J | A | |
| 41. - Reynolds American Inc. | A | Dividend | | | Sold | 01/11/16 | J | B | |
| 42. - Senior Hsg Ppty Tr SBI | | None | | | Sold | 01/11/16 | J | | |
| 43. - Vectren Cp | | None | | | Sold | 01/11/16 | J | A | |
| 44. - Verizon Communications | A | Dividend | | | Sold | 01/11/16 | J | A | |
| 45. - WP Carey Inc. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 46. - DNP Select Income Inc. | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 47. | | | | | Sold (part) | 03/31/16 | J | A | |
| 48. | | | | | Sold (part) | 06/30/16 | J | A | |
| 49. - Vector Group Ltd | | None | | | Sold | 01/11/16 | J | B | |
| 50. - Lord Abbett Flt Rt F | A | Dividend | | | Sold | 01/11/16 | J | | |
| 51. - Old Republic Intl Cp | A | Dividend | J | T | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/31/16 | J | A | |
| 53. | | | | | Sold (part) | 06/30/16 | J | A | |
| 54. - Univ. Hlth Rlty Inc. TR SBI | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 55. | | | | | Buy | 03/15/16 | J | | |
| 56. | | | | | Sold (part) | 06/30/16 | J | A | |
| 57. - HCP Incoporated | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 58. | | | | | Sold (part) | 03/31/16 | J | | |
| 59. - Blackrock Intl Grwth & Inc Tr | A | Dividend | | | Sold (part) | 01/11/16 | K | | |
| 60. | | | | | Sold (part) | 03/31/16 | J | | |
| 61. | | | | | Sold | 05/17/16 | J | | |
| 62. - Main Street Capital Corp. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 63. - Abbvie Inc. Com | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 64. | | | | | Buy | 03/15/16 | J | | |
| 65. | | | | | Buy | 03/28/16 | J | | |
| 66. | | | | | Sold (part) | 03/31/16 | J | | |
| 67. | | | | | Sold (part) | 06/30/16 | J | A | |
| 68. - PIMCO Corporate & Income Oppor. | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/31/16 | J | | |
| 70. | | | | | Sold (part) | 06/30/16 | J | | |
| 71. - Chevron Corp. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 72. | | | | | Sold (part) | 03/31/16 | J | A | |
| 73. - Waddell & Reed Fincl Inc. Cl A | A | Dividend | | | Sold | 01/11/16 | J | | |
| 74. - Southern Co. | | None | | | Sold | 01/11/16 | J | A | |
| 75. - Emerson Electronic Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 76. | | | | | Sold (part) | 03/31/16 | J | A | |
| 77. | | | | | Sold (part) | 06/30/16 | J | A | |
| 78. - Liberty All Star Equity FD SBI | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 79. | | | | | Buy | 03/15/16 | J | | |
| 80. | | | | | Sold (part) | 03/31/16 | J | | |
| 81. | | | | | Sold (part) | 06/14/16 | J | | |
| 82. | | | | | Sold (part) | 06/30/16 | J | | |
| 83. | | | | | Sold (part) | 09/13/16 | J | | |
| 84. | | | | | Sold | 10/20/16 | J | | |
| 85. - Glaxosmithkline PLC ADS | A | Dividend | | | Sold | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Realty Income Corp. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 87. | | | | | Sold (part) | 03/31/16 | J | A | |
| 88. | | | | | Sold (part) | 06/30/16 | J | A | |
| 89. | | | | | Buy | 11/01/16 | J | | |
| 90.   - Welltower | | None | | | Sold | 01/11/16 | J | A | |
| 91.   - Nuveen Build America Bonds Fd | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 92. | | | | | Sold (part) | 03/31/16 | J | A | |
| 93. | | | | | Sold (part) | 06/30/16 | J | A | |
| 94.   - Nucor Corporation | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 95. | | | | | Sold (part) | 03/31/16 | J | A | |
| 96. | | | | | Sold (part) | 06/30/16 | J | A | |
| 97.   - Coca Cola Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 98. | | | | | Sold (part) | 03/31/16 | J | A | |
| 99. | | | | | Sold (part) | 06/30/16 | J | A | |
| 100.   - Universal CP VA | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 101. | | | | | Buy | 03/15/16 | J | | |
| 102. | | | | | Sold (part) | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Eaton Vance CP | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 104. | | | | | Sold (part) | 03/31/16 | J | A | |
| 105. | | | | | Sold (part) | 06/30/16 | J | A | |
| 106. - Sonoco Products Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 107. | | | | | Sold (part) | 06/30/16 | J | A | |
| 108. - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 109. | | | | | Sold (part) | 03/03/16 | J | A | |
| 110. | | | | | Sold (part) | 06/30/16 | J | A | |
| 111. - Community Trust Bancorp Inc. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 112. | | | | | Buy | 03/15/16 | J | | |
| 113. | | | | | Buy | 03/28/16 | J | | |
| 114. | | | | | Sold (part) | 03/31/16 | J | A | |
| 115. | | | | | Sold (part) | 06/30/16 | J | A | |
| 116. - Northwest Natural Gas Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 117. | | | | | Sold (part) | 03/31/16 | J | A | |
| 118. | | | | | Sold (part) | 06/30/16 | J | A | |
| 119. - Cons Edison Inc. (Hldg Co) | A | Dividend | | | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 03/28/16 | J | A | |
| 121.  - Proctor & Gamble | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 122. | | | | | Buy | 03/15/16 | J | | |
| 123. | | | | | Sold (part) | 06/30/16 | J | A | |
| 124.  - Target Corp. | A | Dividend | | | Buy | 01/11/16 | J | | |
| 125. | | | | | Sold (part) | 03/31/16 | J | A | |
| 126. | | | | | Sold | 05/04/16 | J | A | |
| 127.  - Cincinnati Financial | A | Dividend | | | Buy | 01/11/16 | J | | |
| 128. | | | | | Sold (part) | 03/31/16 | J | A | |
| 129. | | | | | Sold | 04/28/16 | J | B | |
| 130.  - Johnson & Johnson | A | Dividend | J | T | Buy | 05/04/16 | J | | |
| 131. | | | | | Sold (part) | 06/30/16 | J | A | |
| 132.  - WalMart Stores, Inc. | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 133. | | | | | Sold (part) | 06/30/16 | J | A | |
| 134.  - Eaton Vance Risk Mngd | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 135. | | | | | Sold (part) | 06/30/16 | J | | |
| 136.  - Lord Abbett Sht duration Inc. F | A | Dividend | K | T | Buy | 06/30/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/17/16 | K | | |
| 138.  - Allianz NGJ Divid Int | | None | J | T | Buy | 10/20/16 | J | | |
| 139.  - Quality Care Properties Inc. | | None | | | Buy | 10/31/16 | J | | |
| 140. | | | | | Sold | 11/01/16 | J | A | |
| 141.  - Lord Abbet Inflation Focused F | A | Dividend | K | T | Buy | 11/17/16 | K | | |
| 142.  IRA #2 | | | | | | | | | |
| 143.  - Cash and MS Liquid Asset Fund fka Dreyfus Money Mrkt Sec Instrs Inc | A | Interest | J | T | | | | | |
| 144.  - Altria Group, Inc. | A | Dividend | | | Sold | 01/11/16 | J | C | |
| 145.  - Annaly Capital Mngmt Inc. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 146.  - Astrazeneca PLC Ads | | None | | | Sold | 01/11/16 | J | | |
| 147.  - AT&T | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 148. | | | | | Sold (part) | 06/30/16 | J | A | |
| 149.  - BCE Inc. (New) | A | Dividend | | | Sold | 01/11/16 | J | | |
| 150.  - Centurylink Inc. | B | Dividend | | | Sold | 01/11/16 | J | | |
| 151.  - Eaton Vance Tax Mgd Div Equ Fd | B | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 152. | | | | | Buy | 03/15/16 | J | | |
| 153. | | | | | Sold (part) | 06/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 10/18/16 | J | | |
| 155. - Franklin Income Adv | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 156. | | | | | Buy | 03/15/16 | J | | |
| 157. | | | | | Sold (part) | 06/30/16 | J | | |
| 158. - LTC Properties Inc. | | None | | | Sold | 01/11/16 | J | A | |
| 159. - National Retail Properties I | | None | | | Sold | 01/11/16 | J | B | |
| 160. - Omega Healthcare Inv Inc. | | None | | | Sold | 01/11/16 | J | B | |
| 161. - Reynolds American Inc. | A | Dividend | | | Sold | 01/11/16 | J | C | |
| 162. - Senior Hsg Ppty Tr SBI | | None | | | Sold | 01/11/16 | J | | |
| 163. - Vectren Cp | | None | | | Sold | 01/11/16 | J | B | |
| 164. - Verizon Communications | A | Dividend | | | Sold | 01/11/16 | J | A | |
| 165. - WP Carey Inc. Com | A | Dividend | | | Sold | 01/11/16 | J | | |
| 166. - Lord Abbett Flt Rt F | A | Dividend | | | Sold | 01/11/16 | K | | |
| 167. - DNP Select Income Inc. | B | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 168. | | | | | Sold (part) | 06/30/16 | J | A | |
| 169. | | | | | Buy | 10/18/16 | J | | |
| 170. - Vector Group Ltd | | None | | | Sold | 01/11/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Old Republic Intl. Cn | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 172. | | | | | Sold (part) | 06/30/16 | J | A | |
| 173. | | | | | Buy | 10/18/16 | J | | |
| 174.  - Univ. Hlth Rlty Inc TR SBI | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 175. | | | | | Buy | 03/15/16 | J | | |
| 176. | | | | | Sold (part) | 06/30/16 | J | A | |
| 177.  - HCP Incorporated | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 178. | | | | | Sold (part) | 06/30/16 | J | | |
| 179.  - Blackrock Intl Grwth & Inc Tr | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 180. | | | | | Sold | 05/16/16 | J | | |
| 181.  - Main Street Capital Corp. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 182.  - Abbvie Inc. Com | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 183. | | | | | Buy | 03/15/16 | J | | |
| 184. | | | | | Buy | 03/31/16 | J | | |
| 185. | | | | | Sold (part) | 06/30/16 | J | A | |
| 186. | | | | | Buy | 10/18/16 | J | | |
| 187.  - PIMCO Corporate & Incom Oppor. | B | Dividend | J | T | Sold (part) | 01/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 06/30/16 | J | | |
| 189. - Chevron Corp. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 190. | | | | | Sold (part) | 06/30/16 | J | B | |
| 191. | | | | | Buy | 10/18/16 | J | | |
| 192. - Waddell & Reed Fincl Inc. CLA | A | Dividend | | | Sold | 01/11/16 | J | | |
| 193. - Southern Co. | | None | | | Sold | 01/11/16 | J | A | |
| 194. - Emerson Electric Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 195. | | | | | Sold (part) | 06/30/16 | J | A | |
| 196. | | | | | Buy | 10/18/16 | J | | |
| 197. - Liberty All Star Equity FD SBI | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 198. | | | | | Sold (part) | 06/14/16 | J | | |
| 199. | | | | | Sold (part) | 06/30/16 | J | | |
| 200. | | | | | Sold (part) | 09/13/16 | J | | |
| 201. | | | | | Sold | 10/20/16 | J | | |
| 202. - Glaxosmithkline PLC ADS | A | Dividend | | | Sold | 01/11/16 | J | | |
| 203. - Realty Income Corp. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 204. | | | | | Sold (part) | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 28

**Name of Person Reporting**

Hall, Sarah A.

**Date of Report**

09/28/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy | 11/01/16 | J | | |
| 206. - Welltower Inc. | | None | | | Sold | 01/11/16 | J | A | |
| 207. - Nuveen Build America Bonds Fd | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 208. | | | | | Sold | 06/30/16 | J | A | |
| 209. | | | | | Buy | 10/18/16 | J | | |
| 210. - Eaton Vance CP | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 211. | | | | | Sold (part) | 06/30/16 | J | A | |
| 212. - Universal CP VA | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 213. | | | | | Buy | 03/15/16 | J | | |
| 214. | | | | | Sold (part) | 06/30/16 | J | A | |
| 215. | | | | | Buy | 10/18/16 | J | | |
| 216. - Community Trust Bancorp Inc. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 217. | | | | | Buy | 03/15/16 | J | | |
| 218. | | | | | Buy | 03/31/16 | J | | |
| 219. | | | | | Sold (part) | 06/30/16 | J | A | |
| 220. - Nucor Corporation | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 221. | | | | | Sold (part) | 06/30/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 10/18/16 | J | | |
| 223. - Coca Cola Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 224. | | | | | Sold (part) | 06/30/16 | J | A | |
| 225. | | | | | Buy | 10/18/16 | J | | |
| 226. - Proctor & Gamble | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 227. | | | | | Buy | 03/15/16 | J | | |
| 228. | | | | | Sold (part) | 06/30/16 | J | A | |
| 229. - Northwest Natural Gas Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 230. | | | | | Sold (part) | 06/30/16 | J | A | |
| 231. - Sonoco Products Co. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 232. | | | | | Sold (part) | 06/30/16 | J | A | |
| 233. - Cincinnati Financial Ohio | A | Dividend | | | Buy | 01/11/16 | J | | |
| 234. | | | | | Sold | 04/28/16 | J | B | |
| 235. - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 236. | | | | | Sold (part) | 06/30/16 | J | A | |
| 237. | | | | | Buy | 10/18/16 | J | | |
| 238. - Cons Edison Inc. (Hldg Co.) | A | Dividend | | | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 03/28/16 | J | B | |
| 240. - Target Corp. | A | Dividend | | | Buy | 01/11/16 | J | | |
| 241. | | | | | Sold | 05/04/16 | J | B | |
| 242. - WalMart Stores Inc. | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 243. | | | | | Sold (part) | 06/30/16 | J | A | |
| 244. | | | | | Buy | 10/18/16 | J | | |
| 245. - Johnson & Johnson | A | Dividend | J | T | Buy | 05/04/16 | J | | |
| 246. | | | | | Sold (part) | 06/30/16 | J | A | |
| 247. | | | | | Buy | 10/18/16 | J | | |
| 248. - Eaton Vance Risk Mngd | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 249. | | | | | Sold (part) | 06/30/16 | J | | |
| 250. | | | | | Buy | 11/18/16 | J | | |
| 251. - Lord Abbett Sht duration Inc F | B | Dividend | L | T | Buy | 06/30/16 | L | | |
| 252. | | | | | Sold (part) | 11/17/16 | K | | |
| 253. - Allianz NFJ Divid Int | | None | J | T | Buy | 10/20/16 | J | | |
| 254. - Quality Care Properties, Inc. | | None | | | Buy | 10/31/16 | J | | |
| 255. | | | | | Sold | 11/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256.   - Lord Abbet Inflation Focused F | A | Dividend | K | T | Buy | 11/17/16 | K | | |
| 257.   TRUST #2 (sep ira #2) | | | | | | | | | |
| 258.   - MidFirst Bank | A | Interest | N | T | | | | | |
| 259.   - Cash and MS Liquid Asset Fund - Morgan Stanley | A | Interest | J | T | | | | | |
| 260.   - Eaton Vance Tax Mgd Div Equ Fd | C | Dividend | K | T | Sold (part) | 01/11/16 | J | | |
| 261. | | | | | Buy | 03/16/16 | J | | |
| 262. | | | | | Sold (part) | 06/30/16 | J | | |
| 263. | | | | | Buy | 10/18/16 | J | | |
| 264.   - Main Street Capital Corp. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 265.   - Franklin Income Adv | B | Dividend | K | T | Buy | 01/11/16 | J | | |
| 266. | | | | | Buy | 03/15/16 | J | | |
| 267. | | | | | Sold (part) | 06/30/16 | J | | |
| 268.   - LTC Properties, Inc. | A | Dividend | | | Sold | 01/11/16 | K | C | |
| 269.   - Altria Group, Inc. | A | Dividend | | | Sold | 01/11/16 | K | D | |
| 270.   - Omega Healthcare Inv. | | None | | | Sold | 01/11/16 | J | C | |
| 271.   - Senior Hsg Ppty Tr SBI | | None | | | Sold | 01/11/16 | K | | |
| 272.   - Annaly Capital Mngmt Inc. | A | Dividend | | | Sold | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - AT&T Inc. | A | Dividend | K | T | Buy | 01/11/16 | J | | |
| 274. | | | | | Sold (part) | 06/30/16 | J | A | |
| 275. - Vectren CP | | None | | | Sold | 01/11/16 | J | C | |
| 276. - BCE Inc. (New) | A | Dividend | | | Sold | 01/11/16 | J | | |
| 277. - National Retail Properties I | | None | | | Sold | 01/11/16 | J | C | |
| 278. - Verizon Communications | A | Dividend | | | Sold | 01/11/16 | K | | |
| 279. - Reynolds American Inc. | A | Dividend | | | Sold | 01/11/16 | K | D | |
| 280. - Astrazeneca PLC ADS | | None | | | Sold | 01/11/16 | J | B | |
| 281. - Centurylink Inc. | | None | | | Sold | 01/11/16 | J | | |
| 282. - Glaxosmithlkine PLC ADS | | None | | | Sold | 01/11/16 | J | | |
| 283. - WP Carey Inc. | A | Dividend | | | Sold | 01/11/16 | J | | |
| 284. - Lord Abbett Flt Rt F | A | Dividend | | | Sold | 01/11/16 | K | | |
| 285. - DNP Select Income Inc. | C | Dividend | K | T | Sold (part) | 01/11/16 | J | | |
| 286. | | | | | Sold (part) | 06/30/16 | J | A | |
| 287. | | | | | Buy | 10/18/16 | J | | |
| 288. - Vector Group Ltd | | None | | | Sold | 01/11/16 | K | D | |
| 289. - Old Republic Intl Cp | A | Dividend | K | T | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 04/11/16 | J | | |
| 291. | | | | | Buy | 05/02/16 | J | | |
| 292. | | | | | Sold (part) | 06/30/16 | J | A | |
| 293. | | | | | Buy | 10/18/16 | J | | |
| 294. - Univ. Hlth Rlty Inc TR SBI | B | Dividend | K | T | Buy | 01/11/16 | J | | |
| 295. | | | | | Buy | 03/15/16 | J | | |
| 296. | | | | | Sold (part) | 06/30/16 | J | A | |
| 297. - HCP Incorporated | B | Dividend | K | T | Buy | 01/11/16 | J | | |
| 298. | | | | | Buy | 04/11/16 | J | | |
| 299. | | | | | Buy | 05/02/16 | J | | |
| 300. | | | | | Sold (part) | 06/30/16 | J | | |
| 301. - Blackrock Intl Grwth & Inc Tr | B | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 302. | | | | | Sold | 05/16/16 | K | | |
| 303. - Abbvie Inc. Com | A | Dividend | K | T | Buy | 01/11/16 | J | | |
| 304. | | | | | Buy | 03/15/16 | J | | |
| 305. | | | | | Buy | 03/28/16 | J | | |
| 306. | | | | | Sold (part) | 06/30/16 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 10/18/16 | J | | |
| 308. - PIMCO Corporate & Income Oppor. | C | Dividend | K | T | Sold (part) | 01/11/16 | J | | |
| 309. | | | | | Sold (part) | 06/30/16 | J | | |
| 310. - Chevron Corp. | A | Dividend | K | T | Buy | 01/11/16 | J | | |
| 311. | | | | | Sold (part) | 06/30/16 | J | B | |
| 312. | | | | | Buy | 10/18/16 | J | | |
| 313. - Waddell & Reed Fincl | A | Dividend | | | Sold | 01/11/16 | J | | |
| 314. - Southern Co. | | None | | | Sold | 01/11/16 | J | B | |
| 315. - Emerson Electric Co. | A | Dividend | K | T | Buy | 01/11/16 | J | | |
| 316. | | | | | Sold (part) | 06/30/16 | J | A | |
| 317. | | | | | Buy | 10/18/16 | J | | |
| 318. - Liberty All Star Equity FD SBI | B | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 319. | | | | | Buy | 03/15/16 | J | | |
| 320. | | | | | Sold (part) | 06/14/16 | J | | |
| 321. | | | | | Sold (part) | 06/30/16 | J | | |
| 322. | | | | | Sold (part) | 09/13/16 | J | | |
| 323. | | | | | Sold | 10/20/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Glaxosmithkline PLC | A | Dividend | | | Sold | 01/11/16 | J | | |
| 325. - Realty Income Corp. | A | Dividend | K | T | Buy | 01/11/16 | J | | |
| 326. | | | | | Sold (part) | 06/30/16 | J | B | |
| 327. | | | | | Buy | 11/01/16 | J | | |
| 328. - Welltower Inc. | | None | | | Sold | 01/11/16 | K | B | |
| 329. - Nuveen Build America Bonds FD | B | Dividend | K | T | Buy | 01/11/16 | K | | |
| 330. | | | | | Sold (part) | 06/30/16 | J | B | |
| 331. | | | | | Buy | 10/18/16 | J | | |
| 332. - Community Trust Bancorp Inc. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 333. | | | | | Buy | 03/15/16 | J | | |
| 334. | | | | | Buy | 03/28/16 | J | | |
| 335. | | | | | Sold (part) | 06/30/16 | J | A | |
| 336. - Cincinnati Financial Ohio | A | Dividend | | | Buy | 01/11/16 | K | | |
| 337. | | | | | Sold | 04/28/16 | K | C | |
| 338. - Nucor Corp. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 339. | | | | | Sold (part) | 06/30/16 | J | B | |
| 340. | | | | | Buy | 10/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Universal CP VA | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 342. | | | | | Buy | 03/15/16 | J | | |
| 343. | | | | | Buy | 04/11/16 | J | | |
| 344. | | | | | Sold (part) | 06/30/16 | J | A | |
| 345. | | | | | Buy | 10/16/16 | J | | |
| 346.  - Sonoco Products Co. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 347. | | | | | Sold (part) | 06/30/16 | J | B | |
| 348.  - Eaton Vance CP | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 349. | | | | | Sold (part) | 06/30/16 | J | A | |
| 350.  - Northwest Natural Gas Co. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 351. | | | | | Buy | 03/15/16 | J | | |
| 352. | | | | | Buy | 04/11/16 | J | | |
| 353. | | | | | Sold (part) | 06/30/16 | J | B | |
| 354.  - Proctor & Gamble | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 355. | | | | | Buy | 03/15/16 | J | | |
| 356. | | | | | Buy | 04/11/16 | J | | |
| 357. | | | | | Buy | 05/02/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 06/30/16 | J | A | |
| 359. - Coca Cola Co. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 360. | | | | | Buy | 05/02/16 | J | | |
| 361. | | | | | Sold (part) | 06/30/16 | J | A | |
| 362. | | | | | Buy | 10/18/16 | J | | |
| 363. - Exxon Mobil Corp. | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 364. | | | | | Sold (part) | 06/30/16 | J | B | |
| 365. - Cons. Edison Inc. (Hldg Co) | A | Dividend | | | Buy | 01/11/16 | K | | |
| 366. | | | | | Sold | 03/28/16 | K | C | |
| 367. - Target Corporation | A | Dividend | | | Buy | 01/11/16 | K | | |
| 368. | | | | | Sold | 05/04/16 | K | B | |
| 369. - Ishares Barclays 1-3 YR TSY BD | A | Dividend | | | Buy | 04/11/16 | K | | |
| 370. | | | | | Sold (part) | 05/02/16 | J | | |
| 371. | | | | | Sold | 06/30/16 | K | A | |
| 372. - WalMart Stores, Inc. | A | Dividend | K | T | Buy | 04/28/16 | K | | |
| 373. | | | | | Sold (part) | 06/30/16 | J | A | |
| 374. | | | | | Buy | 10/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Johnson & Johnson | A | Dividend | K | T | Buy | 05/04/16 | K | | |
| 376. | | | | | Sold (part) | 06/30/16 | J | A | |
| 377. | | | | | Buy | 10/18/16 | J | | |
| 378. - Eaton Vance Risk Mngd | B | Dividend | K | T | Buy | 05/16/16 | K | | |
| 379. | | | | | Sold (part) | 06/30/16 | J | | |
| 380. | | | | | Buy | 10/18/16 | J | | |
| 381. - Lord Abbett Sht Duration Inc. F | C | Dividend | M | T | Buy | 06/30/16 | M | | |
| 382. | | | | | Sold (part) | 11/17/16 | L | | |
| 383. - Allianz NFJ Divid Int | | None | K | T | Buy | 10/20/16 | K | | |
| 384. - Quality Care Properties, Inc. | | None | | | Buy | 10/31/16 | J | | |
| 385. | | | | | Sold | 11/01/16 | J | A | |
| 386. - Lord Abbet Inflation Focused F | A | Dividend | L | T | Buy | 11/17/16 | L | | |
| 387. - Overiding royalty interest Scott, KS | A | Royalty | J | T | | | | | |
| 388. BROKERAGE ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 389. - Extended Insurance Sweep Account | A | Interest | J | T | | | | | |
| 390. - PMX Communities Inc. | | None | J | T | | | | | |
| 391. - Vanguard Natural Resources LLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544